UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

AUREA DAVILA,                        *
                                     *
    Plaintiff,                       *      Civil No. 98-1868 (JAF)
                                     *
    v.                               *
                                     *
SAN JUAN HEALTH CENTRE,              *
                                     *
    Defendant.                       *
                                     *
-------------------------------------*

**J U D G M E N T**

Plaintiff's "Motion Requesting Voluntary Dismissal with Prejudice," filed on September 7, 1999, Docket Document No. 27, is **GRANTED**. Judgment is entered dismissing this case with prejudice, each party to bear its own costs, expenses, and attorney's fees.

This case is now closed for all purposes.

San Juan, Puerto Rico, this 28th day of September, 1999.

JOSE ANTONIO FUSTE
U. S. District Judge

AO 72
(Rev 8/82)